1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIAH WEST, LA'QUECIA WEAKS, HERNANDO JONES, and TABITHA COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BURBANK POLICE DEPARTMENT, CITY OF BURBANK, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-08192-MCS-PD<br><br>**JUDGMENT [JS-6]** |

1

1     Pursuant to this Court's Order Striking Third Amended Complaint and
2 Dismissing Case, it is hereby ordered, adjudged, and decreed that judgment is entered
3 on all claims in favor of Defendants Burbank Police Department and City of Burbank.
4 Plaintiffs Josiah West, La'Quecia Weaks, Hernando Jones, and Tabitha Coleman shall
5 take nothing from their action against Defendants. The action is dismissed with
6 prejudice.

8 **IT IS SO ORDERED.**

10 Dated: April 15, 2024

                                       MARK C. SCARSI
                                       UNITED STATES DISTRICT JUDGE